# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

FILED
AUG 1 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.

CR 08 - 0552

E-filing    JASON RAMON SANDERS

CRB

DEFENDANT(S).

---

## INDICTMENT

Title 18, United States Code, Section 661 - Theft Within the Special Maritime and Territorial Jurisdiction of the United States.

---

A true bill.

_____ Foreman

Filed in open court this 19th day of
August 2008

Karen L. Hom
_____
KAREN L. HOM
Clerk

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Bail, $ no bail arrest warrant

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

---- OFFENSE CHARGED ----

18 U.S.C. § 661 - Theft Within the Special Maritime and Territorial Jurisdiction of the United States (Class D Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: 5 Years in Prison
$250,000 fine
3 years supervised release
$100 special assessment

E-filing

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
AUG 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT - U.S
▶ JASON RAMON SANDERS

DISTRICT COURT NUMBER
CR 08 - 0552 CRB

---- DEFENDANT ----

---- PROCEEDING ----

Name of Complainant Agency, or Person (& Title, if any)
United States Park Police, Department of the Interior

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form    JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    WENDY THOMAS

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes    } If "Yes" give date
been filed?   ☐ No        filed

DATE OF ▶    Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶    Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:    Before Judge:

Comments:

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED
AUG 1 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 08   0552

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.: |
| Plaintiff, | VIOLATION: Title 18, United States Code Section 661 - Theft Within the Special Maritime and Territorial Jurisdiction of the United States |
| v. | |
| JASON RAMON SANDERS, | |
| Defendant. | SAN FRANCISCO VENUE |

### INDICTMENT

The Grand Jury charges:

On and about, and between February 3, 2005 and March 19, 2008, in the Northern District of California, while within the special maritime and territorial jurisdiction of the United States, namely land under the exclusive jurisdiction of the United States and administered by the Presidio Trust, the defendant,

JASON RAMON SANDERS,

//

//

//

INDICTMENT

1  did knowingly and intentionally take and carry away, with the intent to steal and purloin, funds
2  belonging to Tides Foundation, to wit: approximately $132,600, in violation of Title 18, United
3  States Code, Section 661.

4
5  DATED:                                          A TRUE BILL.
6     8/19/08
                                                   *[signature]*
7                                                  FOREPERSON
8  JOSEPH P. RUSSONIELLO
   United States Attorney
9
10 *[signature]*
   GREGG W. LOWDER
11 Chief, Major Crimes Section
12
13
   (Approved as to form: *[signature]*  )
14                      WENDY M. THOMAS
                        Special Assistant United States Attorney
15

INDICTMENT                              2