JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California  94102
   Telephone: (415) 436-6809
   Facsimile: (415) 436-7234
   E-Mail: wendy.thomas@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR 08-0552 CRB |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| | ) | **[~~PROPOSED~~] ORDER AND** |
|    v. | ) | **STIPULATION EXCLUDING TIME** |
| | ) | **FROM AUGUST 26, 2008 TO** |
| JASON RAMON SANDERS, | ) | **SEPTEMBER 17, 2008** |
| | ) | |
|    Defendant. | ) | |
| | ) | |
| ——————————————— | ) | |

     The defendant made an initial appearance before the Honorable Joseph C. Spero on

August 26, 2008.  With the agreement of counsel for both parties, the Court found and held as

follows:

     1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

3161(b), from August 26, 2008 to September 17, 2008, in light of the need for continuity of

counsel and effective preparation of counsel.  Failure to grant the requested continuance would

unreasonably deny defense counsel reasonable time necessary for effective preparation, taking

into account the exercise of due diligence and the need for counsel to review the recently

**[~~PROPOSED~~[ ORDER AND**
**STIPULATION EXCLUDING TIME**
**CR 08-0552 CRB**

1    produced discovery with the defendant.

2         2.  Given these circumstances, the Court found that the ends of justice served by

3    excluding the period from August 26, 2008 to September 17, 2008, outweigh the best interests of

4    the public and the defendant in a speedy trial.  Id. § 3161(h)(8)(A).

5         3.  Accordingly, and with the consent of the defendant, the Court ordered that the period

6    from August 26, 2008 to September 17, 2008 be excluded from Speedy Trial Act calculations

7    under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

8

9         IT IS SO STIPULATED.

10

11   DATED: 8/27/08                              /s/
                                         RANDALL KNOX
12                                       Counsel for Defendant

13

14   DATED: 8/27/08                              /s/
                                         WENDY THOMAS
15                                       Special Assistant U.S. Attorney

16        IT IS SO ORDERED.

17

18   DATED:_____12/01/08_____

19                                       THE _____
                                         United _____
20

21

22

23

24

25

26

27

28
     **[PROPOSED][ ORDER AND**
     **STIPULATION EXCLUDING TIME**
     **CR 08-0552 CRB**              2